

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00086-CV

**IN RE AEROHEAD GROUP, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

On February 9, 2025, relator filed a petition for writ of mandamus. We requested responses from the trial court and real parties in interest. Real parties filed responses, to which relator replied.

After considering the parties' briefing and this record, we CONDITIONALLY GRANT the petition for writ of mandamus as follows:

> We ORDER the Honorable Marisa Flores to, within fifteen days of this order, withdraw her December 11, 2024, order granting Maverick of Texas Construction, Inc.'s motion for partial summary judgment and rule on relator Aerohead Group, Inc.'s Motion for Mandatory Stay Pursuant to the FAA and Motion to Compel Arbitration filed on October 8, 2024. *See* TEX. R. APP. P. 52.8(c).

The writ will issue only if we are informed that the trial court has failed to comply with this order.

It is FURTHER ORDERED that, to the extent documents in real parties in interests' supplemental mandamus record were not filed in the underlying proceeding, relator's objections to these documents are SUSTAINED.

---

[1] This proceeding arises out of Cause No. 2022-CI-15211, styled *Maverick of Texas Construction, Inc. vs. Aerohead Group, Inc. vs. The Hanover Insurance Company*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.

It is so **ORDERED** on June 18, 2025.

_____
Lori I. Valenzuela, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court